NUMBER 13-03-487-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
SUPERHEAT AIR BALANCING CO., INC.,                             Appellant,

v.

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,                Appellee.
____________________________________________________________________

On appeal from the 197th District Court
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, SUPERHEAT AIR BALANCING CO., INC., perfected an appeal from
a judgment entered by the 197th District Court of Cameron County, Texas, in cause
number 2001-11-4959-C. After the record and appellant’s briefs were filed, appellant
filed a motion to dismiss the appeal. Appellant requests that this Court dismiss the
appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 25th day of March, 2004.